FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MAY 24 2002
at 1 o'clock and 39 min. P M.
WALTER A.Y.H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR02-00209DAE (07) |
| Plaintiff(s), | ) | |
| vs. | ) | |
| WILLIAM B. RICHARDSON, JR. (07), | ) | |
| Defendant(s). | ) | |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 204945854 issued at , on July 3, 2001 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 24, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     August 19, 1953

Place of Birth:    Hawaii, U.S.A.

Dated at Honolulu, Hawaii on May 24, 2002.

WALTER A.Y.H. CHINN, Clerk

By: _____
       Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2007

at 10 o'clock and 39 min. A M
SUE BEITIA, CLERK

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: JAN, 11, 2007         Signature: William B Richardson Jr.
                                           Owner of Passport